AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WALEED THOMAS a/k/a EZERELL BYNUM | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  1:07-CR-501<br>USM No.  10842-067<br>Lori J. Ulrich, Esquire<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    All noted    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | Deft shall not commit another federal, state or local crime | 08/08/2011 |
| Standard Cond #1 | Deft shall not leave judicial district w/o permission of Ct or PO | 08/02/2011 |
| Standard Cond #6 | Deft shall notify PO at least 10 days prior to any change in residence or employment | 08/02/2011 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8246

Defendant's Year of Birth: 1968

City and State of Defendant's Residence:
Perry Cty Jail, S. Carlisle St, New Bloomfield PA

09/06/2012
Date of Imposition of Judgment

s/ Yvette Kane
Signature of Judge

Yvette Kane      Chief USDC Judge
Name and Title of Judge

09/06/2012
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
  Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: WALEED THOMAS a/k/a EZERELL BYNUM
CASE NUMBER: 1:07-CR-501

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Twenty seven (27) months

☑ The court makes the following recommendations to the Bureau of Prisons:

that the defendant be designated to a facility as close to his family in Atlanta, Georgia as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL